GUSTAVE E. WALTER, Respondent, *v.* ROSALIE RAFALSKY et al., Appellants, Impleaded with Another.

*Walter* v. *Rafalsky,* 113 App. Div. 223, affirmed.
(Argued October 3, 1906; decided October 23, 1906.)

APPEAL, by permission, from an order of the Appellate Division of the Supreme Court in the first judicial department, entered May 11, 1906, which reversed an interlocutory judgment of Special Term sustaining a demurrer to the complaint and overruled such demurrer in an action to recover upon a written contract.

The following question was certified: "Does the complaint state a cause of action against the demurring defendants?"

*Frank M. Avery* and *Edgar J. Phillips* for appellants.

*Walter Carroll Low* for respondent.

Order affirmed, with costs, on opinion below. Question certified answered in the affirmative.

Concur: CULLEN, Ch. J., EDWARD T. BARTLETT, HAIGHT, WERNER, WILLARD BARTLETT and CHASE, JJ. Not voting: VANN, J.

---

THE PEOPLE OF THE STATE OF NEW YORK ex rel. SIXTY WALL STREET, Appellant, *v.* OTTO KELSEY, as Comptroller of the State of New York, Respondent.

*People ex rel. Sixty Wall Street* v. *Kelsey,* 114 App. Div. 909, affirmed.
(Argued October 3, 1906; decided October 23, 1906.)

APPEAL from an order of the Appellate Division of the Supreme Court in the third judicial department, entered July 11, 1906, which affirmed a determination of the defendant in assessing a franchise tax against the relator.

*Sanford Robinson* and *Guy Fairfax Cary* for appellant.

*Julius M. Mayer,* Attorney-General (*Horace McGuire* of counsel), for respondent.

Order affirmed, with costs; no opinion.

Concur: CULLEN, Ch. J., EDWARD T. BARTLETT, HAIGHT, VANN, WERNER, WILLARD BARTLETT and CHASE, JJ.